U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED Apr 9 2025

CAROL L. MICHEL
CLERK

cf        EDSS

David Wayne Gibson Jr.
19924 Pecan Hill Dr.
Zachary, LA, 70791
Dgibso9@proton.me
504-812-2729

Clerk of Court
U.S. District Court for the Eastern District of Louisiana
500 Poydras St.
New Orleans, LA, 70130

Re: Case No. 25-CV-353 | Service of Process Update

Dear Clerk of Court,

I am writing to inform the Court of my ongoing efforts to serve the defendant, American Travel Associates, in the above-referenced case. As a pro se litigant, I attempted to have the Los Angeles County Sheriff's Department serve the federal court documents; however, I was informed that they do not serve federal court documents.

As a result, I will need to retain a private process server to complete service. However, at this time, I do not have the financial resources to cover the cost of a private process server. I wanted to notify the Court of this situation and seek guidance on any possible alternatives available to pro se litigants in my position.

Attached is documentation from the Los Angeles County Sheriff's Department that establishes that I have attempted to serve the opposing party.

Please let me know if the Court requires any additional information or if there are any procedural steps I need to take. Thank you for your time and assistance.

Sincerely,

David Wayne Gibson Jr.

Pro Se Litigant

04/09/2025

COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
## COURT SERVICES DIVISION

### MEMO TO ATTORNEY OR LITIGANT

Your process/document(s) are being returned to you for the reason(s) checked below:

- ○ Written Instructions are:
  - ○ Required for service
  - ○ Incomplete
  - ○ Inadequate
  - ○ Not signed
  - ○ Not legible
  - ○ Signed by someone other than the attorney of record or litigant (CCP § 488.030)

- ○ Fees:
  - ○ Insufficient amount, fees or deposit required $
  - ○ Remit fees by Money Order, Cashier's Check or Personal Check payable to the Sheriff's Department, Los Angeles County
    NOTE: DO NOT SEND CASH THROUGH THE U.S. MAIL
  - ○ A $_____ Notary Fee is required
  - ○ Witness Fees are required, **made payable to the witness**, amount $
  - ○ Check is not signed or amounts differ or check is stale dated

- ○ Writ or Document is:
  - ○ Incomplete item(s):
  - ○ Writ expired
  - ○ Insufficient number of copies received, need _____ additional copies of the indicated document(s)
  - ○ Additional documents needed for proper service, see below or refer to the attached samples
  - ○ Other

### CASE: 24-CV-584-JWD-RLB

Sheriff's Department was unable to process your request for the following reason(s):

1) The LA County Sheriff does not serve documents for federal courts.
2) Fee waiver applications are to be submitted to the Superior Court for processing.

Thank you

**PLEASE ENCLOSE THIS MEMO WHEN RESUBMITTING YOUR PROCESS FOR SERVICE**

### MEMO TO GARNISHEE OR EMPLOYER

The attached document(s)\check number _____ in the amount of $_____ is being returned for the reason checked below:

- ○ We have received a total release from the plaintiff or a court order releasing the funds.
- ○ Unable to locate case number given, please provide a copy of the levy\order.
- ○ Defendant has filed Bankruptcy: No._____ Chapter No._____ Date filed_____.
- ○ We have received judgment and costs on this case.
- ○ Make checks payable to the Sheriff's Department, Los Angeles County
- ○ Other:

Robert G. Luna, Sheriff

**Return to Address Below:**

**SHERIFF'S DEPARTMENT**
**9425 PENFIELD AVENUE**
**CIVIL MANAGEMENT BUREAU**
**CHATSWORTH, CA 91311**

By: _____Michael McGlothen_____

Date: _____February 26, 2025_____

| | |
|---|---|
| From: | Do Not Reply |
| To: | eFile-ProSe |
| Subject: | New EDSS Filing Submitted |
| Date: | Wednesday, April 9, 2025 4:32:00 PM |
| Attachments: | Screenshot 2025-04-09 at 3.53.33 PM.jpeg .pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Wednesday, April 9, 2025 - 16:31.

The information for this submission is:

**Filer's Name:** David Wayne Gibson Jr.

**Filer's Email:** dgibso9@proton.me

**Filer's Mailing Address:** 19924 Pecan Hill Dr. Zachary LA 70791

**Filer's Phone Number:** 504-812-2729

**Filer's Case Number (If Known):** 25-CV-353

**Filer's Case Name (If Known):**

**Submitted Document Description:** Server Process Update